Marcia A. TRUMBULL, Petitioner,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, Respondent.

No. 01–3190.

United States Court of Appeals, Federal Circuit.

May 18, 2001.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimi-

nation, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.